**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

HANCOCK BANK,

    Plaintiff,

v.   Case No: 3:13-cv-26-J-32JBT

NICHOLS CREEK DEVELOPMENT,
L.L.C., et al.,

    Defendants.

## O R D E R

Plaintiff Whitney Bank, formerly known as Hancock Bank, seeks to recover on a defaulted loan from both the borrower, Defendant Nichols Creek Development, L.L.C., and the guarantors on the loan. (Doc. 55). Whitney also seeks to foreclose on the land securing the debt. (Doc. 55). Nichols Creek's bankruptcy estate informed the Court that Nichols Creek filed a Chapter 11 bankruptcy petition. (Doc. 183). Acknowledging that such a filing necessitates a stay as to Nichols Creek, Whitney filed a statement asking that the case proceed as to all other parties. (Doc. 185). Defendants filed statements arguing that the entire case should be stayed. (Doc. 186; Doc. 187; Doc. 188).

At this point, the Court need not rule on the legal issues regarding the reach of the automatic stay. In the bankruptcy case, Nichols Creek recently filed a motion to sell the property at issue in this case. (3:14-bk-4699-JAK Doc. 40). If such a sale went through, this case could be significantly affected, if not mooted.

2

Accordingly, it is hereby

**ORDERED:**

1. This case is stayed in its entirety. The Clerk should administratively close the file until further Court Order.

2. Upon a ruling on the motion to sell, or no later than **April 15, 2015**, the parties should file a brief joint notice informing the Court as to the status of the bankruptcy case and their positions on how this Court should proceed.

**DONE AND ORDERED** in Jacksonville, Florida the 26th day of February, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies:

Counsel of record